John D. Fiero (CA Bar No. 136557)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Michael Goldberg,*
*Trustee of the PFI Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11 |
| Michael Goldberg, Trustee of the PFI Trust,<br><br>Plaintiff,<br><br>v.<br><br>Leslie Michelle Wallach,<br><br>Defendant. | Adv. Proc. No. 24-03034<br><br>**CERTIFICATE OF SERVICE** |



Case: 24-03034 Doc# 5 Filed: 09/10/24 Entered: 09/10/24 13:36:34 Page 1 of 3

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104.

On September 10, 2024, I caused to be served the following documents in the manner stated below:

- ***COMPLAINT FOR DAMAGES FOR BREACH OF FIDUCIARY DUTY, AND TO EQUITABLY SUBORDINATE CLAIM PURSUANT TO 11 U.S.C. § 510(C)(1)*** **[DOCKET NO. 1]**
- ***ADVERSARY PROCEEDING COVER SHEET*** **[DOCKET NO. 2]**
- ***SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING*** **[DOCKET NO. 3]**
- ***ORDER RE INITIAL DISCLOSURES AND DISCOVERY CONFERENCE*** **[DOCKET NO. 4]**

| | |
|---|---|
| ☐ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On ________________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br><br>Leslie M Wallach<br>34 Hillswood Drive<br>Novato, CA 94947<br><br>Cheryl C. Rouse<br>Law Offices of Rouse & Bahlert<br>1246 18th Street<br>San Francisco, CA 94107 |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on September 10, 2023 at San Francisco, California.

*/s/ Oliver Carpio*
Legal Assistant

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**ECF COURT SERVICE LIST**



Case: 24-03034 Doc# 5 Filed: 09/10/24 Entered: 09/10/24 13:36:34 Page 3 of 3