John D. Fiero (CA Bar No. 136557)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
Telephone:     (415) 263-7000
Facsimile:      (415) 263-7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Michael Goldberg,
Trustee of the PFI Trust*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtors. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11 |
| Michael Goldberg, Trustee of the PFI Trust,<br><br>Plaintiff,<br><br>v.<br><br>Leslie Michelle Wallach, Manuel A. Romero, and Charlene Albanese,<br><br>Defendant. | Adv. Proc. No. 24-03034<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | STATE OF CALIFORNIA ) |
| | ) |
| 2 | CITY OF SAN FRANCISCO ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104.

On February 27, 2025, I caused to be served the following documents in the manner stated below:

- ***ALIAS SUMMONS [DKT. 13]***

| | |
|---|---|
| ☐ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below. |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. <br><br> Manuel Romero <br> c/o Wendy Thomas <br> TT&E Law Group LLP <br> 6101 West Centinela Avenue, Suite 270 <br> Culver City, CA 90230 <br><br> Charlene Albanese <br> c/o David Taylor <br> Keller Benvenutti Kim LLP <br> 425 Market Street, 26th Floor <br> San Francisco, CA 94105 |
| ☐ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 27, 2025 at San Francisco, California.

                                                 */s/ Oliver Carpio*
                                                 Legal Assistant

**ECF COURT SERVICE LIST**