| | |
|---|---|
| John D. Fiero (CA Bar No. 136557)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>One Sansome Street, 34th Floor, Suite 3430<br>San Francisco, CA 94104<br>Telephone: (415) 263-7000<br>Facsimile: (415) 263-7010<br>E-mail: jfiero@pszjlaw.com<br><br>*Attorneys for Michael Goldberg,*<br>*Trustee of the PFI Trust* | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtor. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11 |
| Michael Goldberg, Trustee of the PFI Trust,<br><br>Plaintiff,<br><br>v.<br><br>Leslie Michelle Wallach, Manuel A. Romero, and Charlene Albanese,<br><br>Defendants. | Adv. Proc. No. 24-03034<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO ALLOW FOR MEDIATION** |

This Stipulation for Extension of Time to Respond to First Amended Complaint to Allow for Mediation is entered into by and between Michael Goldberg, the duly appointed Trustee ("***Trustee***" or "***Plaintiff***"), Leslie Michelle Wallach ("***Defendant Wallach***"), Manuel A. Romero ("***Defendant Romero***"), and Charlene Albanese ("***Defendant Albanese***") by and through the undersigned attorneys of record.

///

///

///

///

4905-6068-0490.1 70042.001

## RECITALS

**WHEREAS** Plaintiff filed its *First Amended Complaint for Damages for Breach of Fiduciary Duty, And To Equitably Subordinate Claims Pursuant to 11 U.S.C. Section 510(c)(1)* (the "First Amended Complaint") on February 21, 2025; and

**WHEREAS** the Court established in its Summons a responsive pleading deadline to the First Amended Complaint of March 31, 2025; and

**WHEREAS** all parties in this action would prefer to delay the defendants' responsive pleading deadline in favor of a mediation that includes the applicable insurance carrier to take place in the near future, but no later than May 31, 2025;

**NOW, THEREFORE**, the parties hereto stipulate and agree as follows:

## STIPULATION

1. The parties shall attend and conclude a mediation with an agreed mediator that includes the participation of the insurer no later than May 30, 2025.

2. The defendants' response deadline with respect to First Amended Complaint shall be extended to the earlier of either fourteen days following the unsuccessful conclusion of the mediation; or June 13, 2025.

3. In the event the mediation is fully or partially successful, Plaintiff shall promptly advise the Court by way of an ex parte status report.

Dated: March 19, 2025          PACHULSKI STANG ZIEHL & JONES LLP

By   */s/ John D. Fiero*
     John D. Fiero

     *Attorneys for Michael Goldberg,
     Trustee of the PFI Trust*

| | | |
|---|---|---|
| Dated: March 19, 2025 | | KELLER, BENVENUTTI & KIM LLP |
| | By | */s/ David Taylor* |
| | | David Taylor |
| | | *Attorneys for Charlene Albanese* |
| Dated: March 19, 2025 | | WINGET, SPADAFORA & SCHWARTZBERG, LLP |
| | By | */s/ Alexis King* |
| | | Alexis King |
| | | *Attorneys for Leslie Michelle Wallach* |
| Dated: March 19, 2025 | | TADJEDIN THOMAS & ENGBLOOM LAW GROUP |
| | By | */s/ Wendy Thomas* |
| | | Wendy Thomas |
| | | *Attorneys for Manuel Romero* |