Entered on Docket
May 13, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: May 13, 2025

_____
HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

John D. Fiero (CA Bar No. 136557)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104
Telephone: (415) 263-7000
Facsimile: (415) 263-7010
E-mail: jfiero@pszjlaw.com

*Attorneys for Michael Goldberg,
Trustee of the PFI Trust*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al.*,<br><br>Debtor. | Case No. 20-30604<br>(Jointly Administered)<br><br>Chapter 11 |
| Michael Goldberg, Trustee of the PFI Trust,<br><br>Plaintiff,<br><br>v.<br><br>Leslie Michelle Wallach, Manuel A. Romero, and Charlene Albanese,<br><br>Defendants. | Adv. Proc. No. 24-03034<br><br>**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT TO ALLOW FOR MEDIATION; ORDER THEREON** |

Based upon the Court's review of the foregoing Stipulation for Extension of Time to Respond to First Amended Complaint to Allow for Mediation, and good cause appearing therefor,

1. The parties shall attend and conclude a mediation with an agreed mediator that includes the participation of the insurer no later than June 30, 2025.

2. The defendants' response deadline with respect to First Amended Complaint shall be extended to the earlier of either fourteen days following the unsuccessful conclusion of the mediation, or July 11, 2025.

///

///

4934-4294-0225.1 70042.001

3. In the event the mediation is fully or partially successful, Plaintiff shall promptly advise the Court by way of an ex parte status report.

*** END OF ORDER ***

**ECF SERVICE LIST**

4934-4294-0225.1 70042.001