Entered on Docket
June 30, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 30, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-30604 HLB |
| PROFESSIONAL FINANCIAL INVESTORS, INC., et al., | Chapter 7 |
| Debtor. | |
| MICHAEL GOLDBERG, TRUSTEE OF THE PFI TRUST, | Adv. Proc. No. 24-3034 HLB |
| Plaintiff, | |
| v. | |
| LESLIE MICHELLE WALLACH, MANUEL A. ROMERO, and CHARLENE ALBANESE, | |
| Defendants. | |

**ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

On June 26, 2025, Plaintiff Michael Goldberg and Defendants Leslie Michelle Wallach, Manuel A. Romero, and Charlene Albanese filed a Status Report and Third Stipulation for Extension of Time to Respond to First Amended Complaint[1] pursuant to which the parties agreed to extend the deadline to respond "indefinitely" pending the filing of a Request for Dismissal with Prejudice, as

---

[1] Dkt. 19 (the "Stipulation").

-1-

contemplated by a settlement agreement between the parties.  The court has reviewed the Stipulation and **ORDERS** as follows:

    **1.**   The Stipulation is **APPROVED IN PART** and **DISAPPROVED IN PART**.  The court declines to approve an indefinite extension of the deadline to respond to the First Amended Complaint.  The deadline to respond to the First Amended Complaint is hereby extended to **November 10, 2025,** without prejudice to a request or stipulation for further extension based on good cause.

    **2.**   The scheduling conference currently set for August 7, 2025 at 2:00 p.m. is hereby **CONTINUED** to **December 18, 2025 at 2:00 p.m.**

The parties may participate in the December 18 scheduling conference in-person or by Zoom.  To attend in-person, you should arrive at Courtroom 19, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than the time set forth in this order.  To attend via Zoom, please consult the court's website, which provides information explaining how to arrange an appearance at a video hearing.  If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

    **3.**   The parties shall calculate the deadlines set forth in Rules 26(a)(1)(C), 26(f)(1), and 26(f)(2) of the Federal Rules of Civil Procedure, which apply in this proceeding pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure, from December 18, 2025.

**\*\*END OF ORDER\*\***

**Court Service List**