United States Bankruptcy Court

Northern District of California

Goldberg,
    Plaintiff

Wallach,
    Defendant

Adv. Proc. No. 24-03034-HLB

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 1
Date Rcvd: Jun 30, 2025      Form ID: pdfeoc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David A. Taylor, Keller Benvenutti Kim LLP, 425 Market Street, 26th Floor, San Francisco, CA 94105-5401 |
| aty | + | Wendy Thomas, TT&E Law Group LLP, 6101 West Centinela Avenue, Suite 270, Culver City, CA 90230-6359 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexis T. King | on behalf of Defendant Leslie Michelle Wallach king.a@wssllp.com gil-lopez.j@wssllp.com |
| John D. Fiero | on behalf of Plaintiff Michael Goldberg jfiero@pszjlaw.com ocarpio@pszjlaw.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

PROFESSIONAL FINANCIAL

INVESTORS, INC., et al,             Case No. 20-30604 HLB

                                           Chapter 7

         Debtor.

_____/

MICHAEL GOLDBERG, Trustee of the
 PFI Trust

         Plaintiff,                   Adv. Proc. No. 24-3034 HLB

       v.

LESLIE MICHELLE WALLACH, MANUEL
A.  ROMERO, and CHARLENE ALBANESE
         Defendants
_____/

## CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Date:   June 30, 2025                      Cecilia Malabanan

                                                Deputy Clerk

<u>Via First Class Mail</u>

Manuel Romero

c/o Wendy Thomas

TT&E Law Group LLP

6101 West Centinela Avenue, Suite 270

Culver City, CA 90230

Charlene Albanese

c/o David Taylor

Keller Benvenutti Kim LLP

425 Market Street, 26th Floor

San Francisco, CA 94105

**Entered on Docket
June 30, 2025
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: June 30, 2025

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-30604 HLB |
| PROFESSIONAL FINANCIAL INVESTORS, INC., et al., | Chapter 7 |
| Debtor. | |
| MICHAEL GOLDBERG, TRUSTEE OF THE PFI TRUST, | Adv. Proc. No. 24-3034 HLB |
| Plaintiff, | |
| v. | |
| LESLIE MICHELLE WALLACH, MANUEL A. ROMERO, and CHARLENE ALBANESE, | |
| Defendants. | |

**ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

On June 26, 2025, Plaintiff Michael Goldberg and Defendants Leslie Michelle Wallach, Manuel A. Romero, and Charlene Albanese filed a Status Report and Third Stipulation for Extension of Time to Respond to First Amended Complaint[1] pursuant to which the parties agreed to extend the deadline to respond "indefinitely" pending the filing of a Request for Dismissal with Prejudice, as

---

[1] Dkt. 19 (the "Stipulation").

contemplated by a settlement agreement between the parties.  The court has reviewed the Stipulation and **ORDERS** as follows:

    **1.**  The Stipulation is **APPROVED IN PART** and **DISAPPROVED IN PART**.  The court declines to approve an indefinite extension of the deadline to respond to the First Amended Complaint.  The deadline to respond to the First Amended Complaint is hereby extended to **November 10, 2025**, without prejudice to a request or stipulation for further extension based on good cause.

    **2.**  The scheduling conference currently set for August 7, 2025 at 2:00 p.m. is hereby **CONTINUED** to **December 18, 2025 at 2:00 p.m.**

    The parties may participate in the December 18 scheduling conference in-person or by Zoom.  To attend in-person, you should arrive at Courtroom 19, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA no later than the time set forth in this order.  To attend via Zoom, please consult the court's website, which provides information explaining how to arrange an appearance at a video hearing.  If you have questions about how to participate in a hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

    **3.**  The parties shall calculate the deadlines set forth in Rules 26(a)(1)(C), 26(f)(1), and 26(f)(2) of the Federal Rules of Civil Procedure, which apply in this proceeding pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure, from December 18, 2025.

**\*\*END OF ORDER\*\***

**Court Service List**