

1  John D. Fiero (CA Bar No. 136557)
Pachulski Stang Ziehl & Jones LLP
2  One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA  94104
3  Telephone:    (415) 263-7000
Facsimile:    (415) 263-7010
4  E-mail: jfiero@pszjlaw.com

**Signed and Filed: July 28, 2025**

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

5  *Attorneys for Michael Goldberg,*
*Trustee of the PFI Trust*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTOR, INC., *et al.,*<br><br>            Debtors. | Case No. 20-30604<br><br>Chapter 11 |
| Michael Goldberg, Trustee of the PFI Trust,<br><br>            Plaintiff,<br><br>v.<br><br>Leslie Michelle Wallach, Manuel A. Romero, and Charlene Albanese,<br><br>            Defendant. | Adv No. 24-03034<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

On July 28, 2025, plaintiff Michael Goldberg as Trustee of the PFI Trust filed a request for dismissal of this adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy Procedure.[1] The Request explains that this proceeding has been resolved by a fully consummated settlement.

Accordingly, the court **ORDERS** this proceeding **DISMISSED WITH PREJUDICE**, effective immediately.

### *** END ORDER ***

---

[1] Dkt. 24 (the "Request").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

**COURT SERVICE LIST**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA